IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 8:05CR452 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER FOR DISMISSAL |
| | ) | |
| TERRI LYNN SNODDY, | ) | |
| | ) | |
| Defendant. | ) | |

ORDER FOR DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of court endorsed hereon, the United States Attorney for the District of Nebraska hereby dismisses without prejudice with regard to Defendant, TERRI LYNN SNODDY, in the Indictment in 8:05CR452.

DATED this 13th day of June, 2006.

BY THE COURT:

s/ Joseph F. Bataillon
JOSEPH F. BATAILLON, CHIEF JUDGE
DISTRICT OF NEBRASKA